**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**FT. MYERS DIVISION**

CASE NO. 2:19-cv-00466

SFR SERVICES, LLC (A/A/O
JOHN BRAUN AND BARBARA BRAUN),

      Plaintiff,

v.

GEOVERA SPECIALTY INSURANCE
COMPANY,

      Defendant.

_____/

**DEFENDANT'S NOTICE OF REMOVAL**
**TO THE UNITED STATES DISTRICT COURT**

      Defendant, GEOVERA SPECIALTY INSURANCE COMPANY ("GEOVERA"), a foreign corporation, by and through its undersigned counsel and pursuant to 28 U.S.C. Sections 1332, 1441, and 1446, hereby files this Notice of Removal to remove the above-captioned civil action from the Circuit Court of the Twentieth Judicial Circuit, in and for Lee County, Florida, to the United States District Court for the Middle District of Florida, Ft. Myers Division. The above-captioned civil State Court action is styled as *SFR Services LLC (a/a/o John Braun and Barbara Braun) v. GeoVera Specialty Insurance Company*, Case No.: 2019-CA-002397 (hereinafter "State Court Action"). The grounds for removal of the State Court Action to this Honorable Court are as follows:

      1.    Plaintiff, SFR SERVICES LLC ("SFR SERVICES"), as purported assignee of John Braun and Barbara Braun (collectively referred to as "the Brauns"), filed this breach-of-contract

1

action against GEOVERA, arising out of a claim for property damages located at 12590 Walden Run Drive, Ft. Myers, Florida 33913 ("the subject property"). *Complete copies of SFR SERVICES' Complaint for Breach of Contract and Demand for Jury Trial (hereinafter "Complaint"), Civil Action Summons, and other documents served upon GEOVERA in the State Court Action are collectively attached to this Notice of Removal as* **Composite Exhibit "1"** *pursuant to 28 U.S.C. Section 1446(a).* To date, no order has been served upon GEOVERA in the State Court Action.

2.      28 U.S.C. Section 1332 permits removal of this action because: (a) complete diversity of citizenship exists between the parties; and (b) the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

3.      At all material times hereto, GEOVERA was and is a foreign (surplus lines insurance carrier) corporation, incorporated in Delaware, with its principal place of business in California. Therefore, GEOVERA is a citizen of both Delaware and California. *See* **Exhibit "2"** *for a copy of the Affidavit of Joseph Belton II see* **Exhibit "3"** *for a copy of the website printout from the Florida Office of Insurance Regulation, identifying GEOVERA as a surplus lines carrier.*

4.      At all material times hereto and upon information and belief, SFR SERVICES has been a citizen of Florida, and the subject property is located in Lee County, Florida. *See* **Composite Exhibit "1:"** *Complaint, Paragraph 2; and* **Exhibit "2."**

5.      GEOVERA insured the subject property, policy number GH80001030, which GEOVERA issued to the Brauns ("the Policy"). The Policy will be filed under separate cover. *See* **Composite Exhibit "1:"** *Complaint, Paragraph 7.* The subject property is the location of the alleged damages at issue in this suit for which SFR SERVICES seeks benefits under the Policy. *See* **Composite Exhibit "1:"** *Complaint, Paragraph 4 and Exhibit "A."*

6.      On January 11, 2019, SFR SERVICES attested, via a Sworn Statement in Proof of Loss, that the principal damages SFR SERVICES calculated relating to the above-styled lawsuit and seeks to recover equals **$131,593.49**. *See Exhibit "2."* That figure increased to **$154,718.27** via SFR SERVICES' counsel's May 3, 2019 correspondence. *See Exhibit "2."* Additionally, SFR SERVICES seek to recover attorney's fees from GEOVERA in this action. *See Composite Exhibit "1:" Complaint, Paragraph 15 and Exhibit "2."*[1] Therefore, the amount that SFR SERVICES seeks to recover from GEOVERA exceeds the minimum amount in controversy of $75,000.00. *See Viacom, Inc. v. Zebe*, 882 F. Supp. 1063, 1064 (S.D. Fla. 1995) (quoting *Hunt v. Washington State Apple Advertising Com'n*, 432 U.S. 333 (1977)) ("In actions seeking declaratory or injunctive relief, it is well established that the amount in controversy is measured by the value of the object in litigation."); *Village Square Condominium of Orlando, Inc. v. Nationwide Mut. Fire Ins. Co.*, 2009 WL 4755700 (M.D. Fla. December 10, 2009) (removal appropriate upon showing by a preponderance of the evidence that the amount in controversy exceeds $75,000.00, exclusive of interest and costs); *Morrison v. Allstate Indem. Co.*, 228 F.3d 1255, 1265 (11th Cir. Fla. 2000) ("When a statue authorizes the recovery of attorney's fees, a reasonable amount of those fees is included in the amount in controversy."); *Pretka v. Kolter City Plaza II, Inc.*, 608 F.3d 744, 754 (11th Cir. Fla. 2010) (a defendant may use "evidence combined with reasonable deductions, reasonable inferences, or other reasonable extrapolations" to support its position for removal).

7.      Furthermore, SFR SERVICES filed its Complaint in Lee County Circuit Court on April 24, 2019 based on the location of the subject property. *See Composite Exhibit "1:"*

---

[1] Given that GEOVERA is a surplus lines insurance carrier, Chapter 627, *Florida Statutes*, as a whole does not apply to GEOVERA. *See* Section 626.913, *Florida Statutes*.

*Complaint*.  Therefore, venue is proper in this district and division pursuant to 28 U.S.C. Section 1441.

8.      Finally, SFR SERVICES served GEOVERA with its lawsuit on June 4, 2019.   *See*

***Composite Exhibit "1:"*** *Notice of Service of Process*.  Therefore, pursuant to 28 U.S.C. Section 1446, GEOVERA has timely filed this Notice of Removal within thirty (30) days of GEOVERA's receipt of the initial pleading and/or receipt of other papers from which it could first be ascertained that the case is one which is removable as the amount in controversy exceeds $75,000.00.

9.      A copy of this Notice of Removal is being filed contemporaneously with the Clerk of the Court for the Twentieth Judicial Circuit in and for Lee County, Florida.

**WHEREFORE**, Defendant, GEOVERA SPECIALTY INSURANCE COMPANY, respectfully requests that the civil action that Plaintiff, SFR SERVICES LLC, as purported assignee of John Braun and Barbara Braun, filed in Lee County Circuit Court be removed to this Honorable Court, and that this Honorable Court accept jurisdiction of this action accordingly.

**[The remainder of this page is intentionally left blank.]**

Dated: July 5, 2019

Respectfully submitted,

**SIMON, REED & SALAZAR, P.A.**
*Attorneys for Defendant*
*GeoVera Specialty Insurance Company*
7208 West Sand Lake Road
Suite 302
Orlando, Florida 32819
Tel.: (407) 901-9265
Fax: (407) 650-3384

By: /s/
DAVID R. TERRY, JR.
Florida Bar No. 785091
Primary e-mail: dterry@simonreedlaw.com
Secondary e-mails: dvega@simonreedlaw.com
hhale@simonreedlaw.com
HOLLY M. JOHNSON
Florida Bar No. 0092792
Primary e-mail: hjohnson@simonreedlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served electronically with the Clerk of Court using CM/ECF on this 5th day of July, 2019.

By:  /s/

## <u>SERVICE LIST</u>

**Paris R. Webb, Esq.**
Arnesen Webb, P.A.
197 South Federal Highway, Ste. 300
Boca Raton, Florida 33432
paris@insurancelawyers.com
eservice@insurancelawyers.com