UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SFR SERVICES, LLC A/A/O JOHN
BRAUN AND BARBARA BRAUN,

       Plaintiff,

v.                                    Case No.: 2:19-cv-466-FtM-99MRM

GEOVERA SPECIALTY
INSURANCE COMPANY,

       Defendant.
_____/

**ORDER**[1]

This matter comes before the Court on Defendant's Motion to Dismiss and Motion to Strike (Doc. 4) filed in state court on June 19, 2019, prior to removal. Because the Motion does not comply with this Court's Local Rules and otherwise appears to raise a Florida procedural rule that might not apply post-removal, the Court will deny the Motion without prejudice and set a deadline for Defendant to respond to the Complaint (Doc. 3).

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Defendant's Motion to Dismiss and Motion to Strike (Doc. 4) is **DENIED without prejudice**. Defendant must file a response to the Complaint (Doc. 3) on or before **July 22, 2019**.

**DONE** and **ORDERED** in Fort Myers, Florida this 8th day of July, 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record