UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO. 2:19-cv-466-FtM-99MRM

SFR SERVICES L.L.C., (A/A/O
JOHN BRAUN AND BARBARA
BRAUN),

    Plaintiff.

vs.

GEOVERA SPECIALTY
INSURANCE COMPANY,

    Defendant.
_____

**FIRST AMENDED COMPLAINT**
_____

    Plaintiff, SFR SERVICES L.L.C., by and through undersigned counsel, sues the Defendant, GEOVERA SPECIALTY INSURANCE COMPANY (hereinafter "Defendant"), and alleges:

    1.    This is an action for damages in excess of $15,000.00, exclusive of court costs, attorney's fees, and interest, and therefore within the jurisdiction of this Court.

    2.    At all material times, Plaintiff, SFR SERVICES L.L.C., (hereinafter "Plaintiff"), is or was a corporation organized and existing under the laws of the State of Florida with its principal place of business in Lee County, Florida, and does business in Lee County, Florida. Plaintiff is an assignee of John Braun and Barbara Braun (hereinafter the "Assignors").

    3.    At all material times, Defendant is a Florida company fully licensed to transact insurance in the State of Florida and maintains agents and/or other representatives for the transaction of its customary business in Lee County, Florida.

4. At all material times, Defendant issued a policy of insurance which inured to the benefit of the Assignors identified as policy number GH80001030 (hereinafter the "Policy"). The Policy provided property insurance for the Assignors' residential property located at 12590 Walden Run Dr., Fort Myers, Florida 33913 (hereinafter the "Property"). A complete copy of the Policy is presently unavailable to the Plaintiff, but should be in the possession of the Defendant herein and will be obtained through discovery.

5. On or about September 10, 2017, the Assignors suffered substantial damages to the Property caused by Hurricane Irma.

6. Plaintiff provided construction consulting services and other necessary services for the Assignors in connection with the subject loss.

7. The Policy was in full force and effect on the date of the subject loss.

8. The Policy provides insurance coverage for all of the losses, damages and expenses that Assignors have suffered and incurred with regard to the subject loss.

9. Assignors have either actually or equitably assigned the insurance benefits which they are entitled to under the Policy to Plaintiff, by writing, parol, or other course of conduct. Hence, the Plaintiff now stands in the position of Assignors. A copy of an assignment executed and/or agreed to and/or accepted by the Assignors is attached hereto and marked as Plaintiff's Exhibit "A".

10. Defendant was provided with prompt and timely notice of Plaintiff's claim for assigned benefits under the Policy and was promptly and timely provided with documentation of Plaintiff's assignment of benefits and estimate of damages.

11. Defendant acknowledged Plaintiff's claim and assigned claim number HL17011045.

12. All terms and conditions of the Policy and all conditions precedent to the bringing of the instant action have been performed, waived or excused.

13. To date, the Defendant has breached the Policy by failing to pay Plaintiff all assigned proceeds due and owing under the Policy.

14. Because of Defendant's breach of contract by refusal to pay said covered losses, it has become necessary for the Plaintiff to retain the services of the undersigned attorney, and has agreed to pay a reasonable fee for said services, plus necessary costs.

15. Pursuant to Chapter 626.9373, Florida Statutes, Plaintiff is entitled to recover its attorney's fees.

WHEREFORE, Plaintiff, SFR SERVICES L.L.C., demands that judgment be entered against the Defendant, for damages of all covered losses, interest on any and all overdue payments, attorney's fees, costs, and any other remedy the court deems necessary and proper and demands trial by jury of all issues triable as of right by a jury.

**ARNESEN WEBB, P.A.**
Attorneys for Plaintiff
197 South Federal Highway, Ste. 300
Boca Raton, FL  33432
Telephone:   (561)-757-6000
Facsimile:    (877)-241-2411
paris@insurancelawyers.org
eservice@insurancelawyers.org

By____/s/ Paris R. Webb_____
**PARIS R. WEBB**
Florida Bar No.: 713074

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

By____/s/ Paris R. Webb_____
PARIS R. WEBB


**SERVICE LIST**

**David R. Terry, Jr.**
**Holly M. Johnson**
SIMON, REED & SALAZAR, P.A.
7208 West Sand Lake Road
Suite 302
Orlando, Florida 32819
dterry@simonreedlaw.com
hjohnson@simonreedlaw.com