UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SFR SERVICES, LLC, A/A/O JOHN
BRAUN AND BARBARA BRAUN,

      Plaintiff,

v.                                        Case No.:  2:19-cv-466-FtM-38MRM

GEOVERA SPECIALTY
INSURANCE COMPANY,

      Defendant.
_____/

## **ORDER**[1]

This matter comes before the Court on an Order (Doc. 23) directing Defendant to file a second supplement to the Notice of Removal (Doc. 1) regarding the Court's subject matter jurisdiction.  Specifically, the Court had questions regarding who the members of SFR Services, LLC were at the time of removal.  Having reviewed the Second Supplement (Doc. 27) and the Affidavit filed in support (Doc. 27-1, ¶ 3(c)), the Court is satisfied at this point that the only member of SFR Services, LLC at the time of removal was Ricky Lynn McGraw, Jr. who is domiciled in Florida.  Therefore, the Court will take no further action on its Order (Doc. 23).

      Accordingly, it is now

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

**ORDERED:**

The Court will take no further action on its Order (Doc. 23) regarding subject matter jurisdiction.

**DONE** and **ORDERED** in Fort Myers, Florida this 20th day of August, 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record