UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO: 2:19-cv-00466-JLB-MRM

SFR SERVICES L.L.C., (A/A/O
JOHN BRAUN AND BARBARA
BRAUN),

        Plaintiff,

vs.

GEOVERA SPECIALTY
INSURANCE COMPANY,

        Defendant.
_____

## **NOTICE OF SETTLEMENT**

Plaintiff, SFR SERVICES L.L.C., (A/A/O JOHN BRAUN AND BARBARA BRAUN), by and through undersigned counsel, hereby files this Notice of Settlement. The parties are in the process of finalizing settlement documents and will further advise the Court as to when settlement has been finalized. It is respectfully requested that the Court retain jurisdiction pending the finalization of the settlement documents.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 7, 2020, I electronically served the foregoing document with all counsel of record pursuant to Fed. R. Civ. P. 5. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below in the manner specified.

    Respectfully submitted,

**ARNESEN WEBB, PLLC**
Attorneys for Plaintiff
40 SE 5th St., Ste. 600
Boca Raton, FL 33432
Telephone: (561)-757-6000
Facsimile: (877)-241-2411
justin@insurancelawyers.org
paris@insurancelawyers.org
eservice@insurancelawyers.org

By: /s/ *Justin L. Warren*
**JUSTIN L. WARREN, ESQ.**
Florida Bar No.: 1001006
**PARIS R. WEBB, ESQ.**
Florida Bar No.: 713074

# SERVICE LIST

**PAIGE SEGRERA, ESQ**.
Counsel for Defendant
**SIMON, REED & SALAZAR, P.A.**
7208 West Sand Lake Road
Suite 302
Orlando, FL 32819
Telephone: (407) 901-9265
Fax: (407) 650-3384
psegrera@simonreedlaw.com
hjohnson@simonreedlaw.com
hhale@simonreedlaw.com
rtish@simonreedlaw.com
mwood@simonreedlaw.com
tbraz@simonreedlaw.com

**ADAM M. BALKAN, ESQ.**
Co-counsel for Plaintiff
**BALKAN & PATTERSON, LLP**
1877 S. Federal Hwy, Ste. 100
Boca Raton, FL 33432
Tel: 561-750-9191
adam@balkanpatterson.com