UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SFR SERVICES LLC, a/a/o John Braun
and Barbara Braun,

      Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No. 2:19-cv-466-JLB-MRM

GEOVERA SPECIALITY INSURANCE
COMPANY,

      Defendant.
_____/

## ORDER

The parties have stipulated to dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Doc. 78.)  The stipulation is self-executing.  <u>Anago Franchising, Inc. v. Shaz</u>, 677 F.3d 1272, 1278 (11th Cir. 2012).  The Clerk of Court is **DIRECTED** to close the file.

**ORDERED** in Fort Myers, Florida, on July 23, 2021.

*/s/ John L. Badalamenti*
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE